# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00284-CV

## In re Irfan Rehman

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed with this Court a report on current status indicating that "[a]As of the date of this filing, it is Relator's belief that the action in this Court is concluded." Accordingly, we dismiss the petition for writ of mandamus as moot.

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: August 12, 2025